BJARNE BENSEN, Respondent, *v.* FREDERICK W. KRIS-TELLER et al., Appellants.

Argued January 13, 1938; decided January 27, 1938.

*Richard Steel* for appellants.

*Matthew M. Liff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J., and O'BRIEN, J. Taking no part: HUBBS, J.